**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **CYRIL WHITE,** ) | Case No. 3:19-CV-00861 |
| ) | |
| Plaintiff, ) | Hon. Jack Zouhary |
| ) | |
| v. ) | |
| ) | **NOTICE OF SUBSTITUTION AND** |
| **SHOOT-A-WAY, INC.**, ) | **WITHDRAWAL OF COUNSEL** |
| ) | |
| ) | |
| Defendant. ) | |

Now comes Robert H. Stoffers of Williams & Schoenberger, Co., L.P.A., and hereby gives notice pursuant to Local Rule 83.9, of his substitution as counsel for Defendant Shoot-A-Way, Inc. in place of Elizabeth D. (Lisa) Alvarado and the law firm of Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C. and the withdrawal of the law firm of Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C. and Elizabeth D. (Lisa) Alvarado as counsel for Defendant and Counter-Plaintiff Shoot-A-Way, Inc. Defendant and its personal counsel, Jeffrey S. Standley have been advised of the substitution. Mr. Stoffers' representation of Defendant will be in regard to defending the claims brough by Plaintiff. He will not be representing Defendant in regard to the Counterclaim.

Respectfully submitted,

*/s/Robert H. Stoffers*
Robert H. Stoffers (0024419)
Williams & Schoenberger Co., L.L.C.
338 South High Street
Second Floor
Columbus, OH 43215
(614) 224-0531
(614) 224-0553 – Fax
Rstoffers@WSlegalfirm.com
Attorney for Defendant Shoot-A-Way, Inc

/s/ Elizabeth D. Alvarado (per 4/26/19 email)
Elizabeth D. (Lisa) Alvarado
Texas Bar No. 01125980
SHANNON, MARTIN, FINKELSTEIN,
ALVARADO & DUNNE, P.C.
1001 McKinney St., Suite 1100
Houston, Texas 77002
Tel: (713) 646-5516
Fax: (713) 752-0337
lalvarado@smfadlaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically and served on April 26, 2019 to all registered parties by operation of the Court's electronic filing system.

/s/Robert H. Stoffers
Robert H. Stoffers (0024419)

Attorney for Defendant